## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07cv4095                                                          Purchased/Filed: May 25, 2007

STATE OF NEW YORK          DISTRICT COURT          SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et. al*                    Plaintiff

against

R. LaPointe Concrete & Construction Corp.                                                  Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ May 31, 2007 _____, at __ 2:00 pm __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint, Judge Lynch's Rules and Magistrate Pitman's Rules

on

_____ R. LaPointe Concrete & Construction Corp. _____, the Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section __ 306 Business Corporation Law __.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __ 23 __   Approx. Wt: __ 160 __   Approx. Ht: __ 5'9" __
Color of skin: __ White __   Hair color: __ Blonde __   Sex: __ F __   Other: _____

Sworn to before me on this

__ 4th __ day of _____ June, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704756

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**