UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY          07 CV 4095 (SHS)
DISTRICT COUNCIL OF CARPENTERS ANNUITY           ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN         **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

                                    Plaintiffs,
         -against-

R. LAPOINTE CONCRETE & CONSTRUCTION CORP.,

                                    Defendant.
------------------------------------------------------------------X
C O U N S E L :

   PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on July 17, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Sidney H. Stein, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 23-A, New York, New York 10007, Thursday, August 9, 2007, at 11:30 a.m., for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
        July 17, 2007

                                       Yours, etc.,

                                       O'DWYER & BERNSTIEN, LLP

                                   By: _____
                                       ANDREW GRABOIS, ESQ.
                                       Attorney for Plaintiffs
                                       52 Duane Street, 5th Floor
                                       New York, New York 10007
                                       (212) 571-7100

TO:   R. Lapointe Concrete & Construction Corp.
      34 Notre Dame Avenue
      Staten Island, NY 10308