UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 4095 (SHS)
ECF CASE

**DEFAULT JUDGMENT**

Plaintiffs,

-against-

R. LAPOINTE CONCRETE & CONSTRUCTION CORP.,

Defendant.
------------------------------------------------------------------X

This action having been commenced on May 25, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant R. Lapointe Concrete & Construction Corp. on May 31, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on June 8, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on July 12, 2007, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,185.00 for a total of $3,535.00 and that R. Lapointe Concrete & Construction Corp. and its officers are ordered to produce any and all books and records relating to R. Lapointe Concrete & Construction Corp. for the period of November 30, 2005 through June 30, 2006.

Dated: _____
        New York, New York

                                            _____
                                            Honorable Sidney H. Stein
                                            United States District Judge

                                            This document was entered on the docket
                                            on _____.